■ In the Matter of EUGENE L. SUGARMAN, an Attorney.—Motion for reinstatement denied. Concur—Kupferman, J. P., Sullivan, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v WILLIAM SPEIGHTS.— Motion to relieve assigned counsel and to vacate the order of this court entered on January 29, 1980 granted. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v EDWARD SANCHEZ.— Motion to dismiss appeal as moot denied, without prejudice to an application pursuant to *People v Saunders* (52 AD2d 833). Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Ross, JJ.

## SECOND DEPARTMENT, JULY, 1980

### (July 2, 1980)

■ In the Matter of PAUL J. GRACI, Appellant, v MARGARET LOTT, Formerly Known as MARGARET MATERIALE, Respondent.—In a proceeding pursuant to article 6 of the Family Court Act, the petitioner father appeals from an order of the Family Court, Nassau County, dated May 7, 1980, which, after a hearing, awarded permanent custody of the parties' 10-year-old son to his natural mother, with visitation to the father. Order affirmed, without costs or disbursements. We agree with the Family Court's conclusion that the best interests of the parties' son will be served by an award of permanent custody to the mother. The adduced evidence supports a finding of her fitness as a parent, as well as a finding of her perseverance in such role during a period of pecuniary difficulty and while petitioner was virtually continuously in arrears in his court-ordered support payments. Hopkins, J. P., Rabin, Cohalan and Weinstein, JJ., concur.